UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ANITA M. PLUHAR,<br><br>               Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>   Commissioner of the Social Security<br>   Administration<br><br>               Defendant. | Case No. CV-16-127-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X **    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      ORDERED that Plaintiff's Motion is GRANTED (Doc. 10), and this matter is REMANDED pursuant to section four or 42 U.S.C. § 405(g) for further proceedings consistent with this opinion. *(Order filed on 3/13/2018)*

    Dated this 13th day of March, 2018.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ Amanda Carrillo
                                          Deputy Clerk