

FILED

MAY 24 2018

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ANITA M. PLUHAR,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>Defendant. | CV-16-127-BLG-SPW<br><br><br><br>ORDER |

Plaintiff Anita M. Pluhar ("Pluhar"), by and through her attorney, John E. Seidlitz, Jr., moves under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), for attorney fees and costs incurred in prosecuting her Social Security appeal (Doc. 22). Plaintiff initially requested $9,058.62 in fees representing $5,240.89 for 27.2 hours worked at the rate of $192.68 per hour and $3,817.73 for 19.4 hours worked at the rate of $196.79 per hour. Counsel for Defendant Commissioner of Social Security ("Commissioner") has been contacted and has stipulated to a reduced fee of $8,271.46.

Upon Plaintiff's stipulated application for fees and costs under the Equal Access to Justice Act, and for good cause showing:

1

IT IS HEREBY ORDERED that Pluhar's Application for Award of EAJA Fees and Costs is GRANTED. Pluhar shall recover from the Commissioner $8,271.46 in fees, and costs of $400.00.

DATED this 24th day of May, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. District Court Judge